UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-03904-AB-SSC Date: August 21, 2026

Title Cristian Marino Galvis Villareal v. Warden

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On July 14, 2026, *pro se* Petitioner Cristian Marino Galvis Villareal, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On July 29, 2026, the Court dismissed the petition with leave to amend, ordering Petitioner to file an amended petition no later than August 19, 2026. (ECF 6.) The deadline to file an amended petition has passed, and the Court has not received an amended petition or any other communication from Petitioner.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **September 21, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. In

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03904-AB-SSC | Date: | August 21, 2026 |
| Title | Cristian Marino Galvis Villareal v. Warden | | |

the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **September 21, 2026.**

If Petitioner files an amended petition no later than **September 21, 2026**, this order to show cause will be discharged automatically, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely amended petition will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**